

_____
DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | | |
|---|---|---|
| _____ ) | | |
| In re: ) | Chapter 11 | |
| ) | | |
| TMST, INC. (f/k/a Thornburg ) | Case No. 09-17787 (DWK) | |
| Mortgage, Inc.), *et al.*,[1] ) | | |
| ) | (Jointly Administered) | |
| Debtors. ) | | |
| _____ ) | | |

### ORDER GRANTING DEBTORS' MOTION PURSUANT TO
### SECTION 1121(d) OF THE BANKRUPTCY CODE TO EXTEND
### THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY FILE
### A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF

Upon consideration of the Debtors' Motion for an Order Pursuant to Section 1121(d) of the Bankruptcy Code to Extend the Exclusive Periods During Which the Debtors May File a Plan of Reorganization and Solicit Acceptances Thereof (the "Motion"), the Court, having reviewed the Motion, finds that: (i) jurisdiction over this matter is proper pursuant to 28 U.S.C.

---

[1] The Debtors in these Chapter 11 cases are (i) TMST, Inc. f/k/a Thornburg Mortgage, Inc., (ii) ADFITECH, Inc., (iii) TMST Acquisition Subsidiary, Inc. f/k/a Thornburg Acquisition Subsidiary, Inc., (iv) TMST Home Loans, Inc., f/k/a Thornburg Mortgage Home Loans, Inc., and (v) TMST Hedging Strategies, Inc. f/k/a Thornburg Mortgage Hedging Strategies, Inc.

§§ 1334 and 157; (ii) notice of the Motion was sufficient under the circumstances; (iii) the relief is proper under §1121(d) of Title 11 of the United States Code (the "Bankruptcy Code"); and (iv) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

Based on the foregoing, it is, by the United States Bankruptcy Court for the District of Maryland, HEREBY ORDERED THAT:

1. The Motion is granted.

2. The exclusive period within which the Debtors may file a Chapter 11 plan or plans is hereby extended pursuant to § 1121(d)(1) of the Bankruptcy Code to October 28, 2009.

3. The exclusive period within which the Debtors may solicit acceptances of a Chapter 11 plan or plans is hereby extended pursuant to § 1121(d)(1) of the Bankruptcy Code to December 27, 2009.

4. Notwithstanding any provisions of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

cc:   Service List

**END OF ORDER**