

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | * |
| | Chapter 11 |
| **TMST, Inc.** | * |
| f/k/a Thornburg Mortgage, Inc., *et al.*, | Case Nos. 09-17787-DWK |
| | * |
| Debtors. | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT AND COMPROMISE OF CONTROVERSY BETWEEN THE TRUSTEE AND BARCLAYS CAPITAL INC.

Upon consideration of the Trustee's Motion[1] for Approval of Settlement and Compromise of Controversy by and between the Trustee and Barclays Capital Inc. ("Barclays"), for the reasons stated in the Motion, proper notice of the Motion having been provided to all parties in interest, good cause therefor having been shown, and any objections thereto having been overruled, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is hereby granted and the Settlement Agreement attached to the Motion as Exhibit A is hereby approved; and it is further

**ORDERED**, that the Trustee is authorized to consummate the Settlement Agreement and is authorized to take any and all actions and execute any and all documents necessary and

---

[1]    Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

appropriate to effectuate and consummate the terms of the Settlement Agreement; and it is further

**ORDERED** that the Trustee is authorized to receive payment from Barclays in full and final satisfaction of the claims described in the Settlement Agreement; and it is further

**ORDERED,** that the Trustee, on behalf of the Debtors, is authorized to grant the releases contained in the Settlement Agreement; and it is further

**ORDERED**, that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Order and the terms of the Settlement Agreement.

cc:     Stephen D. Susman, Esquire
        Mark L. D. Wawro, Esquire
        Stuart V. Kusin, Esquire
        Matthew C. Behncke, Esquire
        SUSMAN GODFREY L.L.P.
        1000 Louisiana, Suite 5100
        Houston TX 77002-5096

        -and-

        Joel I. Sher, Esquire
        Daniel J. Zeller, Esquire
        SHAPIRO SHER GUINOT & SANDLER
        36 S. Charles St., Suite 2000
        Baltimore, MD 21201
        *Counsel to Joel I. Sher, Chapter 11 Trustee*

        Gerald R. Vetter, Esquire
        Hugh Bernstein, Esquire
        Edmund Goldberg, Esquire
        OFFICE OF THE UNITED STATES TRUSTEE
        101 West Lombard Street, Suite 2625
        Baltimore, MD 21201

        James C. Tecce, Esquire
        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
        51 Madison Avenue
        New York, New York 10010

        -and-

Alan M. Grochal, Esquire
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
*Counsel to the Official Committee of Unsecured Creditors*

Richard L. Costella, Esquire
Patricia B. Jefferson, Esquire
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202


    -and-

Lance Croffoot-Suede, Esquire
Brenda D. DiLuigi, Esquire
Sterling P.A. Darling, Jr., Esquire
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105

    -and-

Michael P. Carroll, Esquire
Benjamin S. Kaminetzky, Esquire
Michael J. Russano, Esquire
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017

*Counsel for Barclays Capital Inc.*


**- END OF ORDER -**