**SO ORDERED**

NO TIMELY OPPOSITION FILED.



*Nancy V. Alquist*
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

IN RE:

TMST, Inc.
f/k/a Thornburg Mortgage, Inc.

   Debtor

Case No. 09-17787
Judge Nancy V. Alquist
Chapter 11 Voluntary Asset

_____

Bank of America, N.A.

   Movant,

vs.

TMST, Inc.
f/k/a Thornburg Mortgage, Inc.

   Debtor.

### ORDER TERMINATING THE AUTOMATIC STAY

  Upon consideration of the Motion for Relief filed by Bank of America, N.A., ("Movant") and there being no opposition thereto, it is hereby

  ORDERED, that the Automatic Stay shall be, and the same hereby is, TERMINATED, effective immediately pursuant to 11 U.S.C. § 362(d) to permit Movant to advance quiet title litigation concerning the real property commonly known as 945Wellsley Court, Bloomfield

Hills, MI 48304 to clear the mortgage benefitting Debtor that encumbers the real property; and it is further,

    IT IS FURTHER ORDERED that the fourteen day stay of relief pursuant to Fed. Bankr. P. Rule 4001(a)(3) is hereby waived; and

    IT IS FURTHER ORDERED that the Automatic Stay of 11 U.S.C. Section 362 (a) shall not be reimposed as to the Debtor's interest by the conversion of this case to any other chapter under the Bankruptcy Code.

Copies to:

| | |
|---|---|
| Joel I. Sher<br>Shapiro, Sher Guinot & Sandler<br>250 W. Pratt Street, Suite 2000<br>Baltimore, MD 21201<br>*Trustee* | TMST, Inc.<br>125 Lincoln Avenue, Suite 100<br>Santa Fe, NM 87501<br>*Debtor* |
| Frederick W.H. Carter, Esq.<br>Gregory Cross, Esq.<br>Venable LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, MD 21202<br>*Counsel for Debtor* | Richard Wasserman<br>Offit Kurman, P.A.<br>300 E. Lombard Street<br>Suite 2010<br>Baltimore, MD 21202<br>*Counsel for Debtor* |
| David Kendall Roberts<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>*Counsel for Defendant Bank of America Corp.* | Thomas J. Kokolis, Esq.<br>Parker, Simon & Kokolis, LLC<br>110 North Washington Street<br>Suite 500<br>Rockville, MD 20850<br>*Counsel for Movant* |

**END OF ORDER**